IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SHAUNTI M. CONNELL, Defendant. | 4:19CB3002 VIOLATION NOTICE: 6483627 ORDER |

The Government has filed a motion to continue regarding the citation issued to Defendant on March 6, 2019, (a copy of which is attached),

IT IS ORDERED:

1) Government's motion to continue (filing no. 10) is granted.

2) Defendant is ordered to appear at 8:30 a.m. on September 5, 2019 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to answer to the charge.

3) Defendant, defense counsel (if any), and counsel for the government shall attend.

4) The government shall serve this order on Defendant and shall file a certificate of service identifying the manner and date of such service.

July 10, 2019.

BY THE COURT:

s/Cheryl R. Zwart
United States Magistrate Judge

# United States District Court — Violation Notice

CVB Location Code: NE 416

Violation Number: 6483627
Officer Name (Print): T. Thomas
Officer No.: 3935

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 06 MAR 2018 1310
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(P)

Place of Offense: 600 S. 70th St Lincoln, NE 68150

Offense Description: Factual Basis for Charge
Unauthorized introduction on VA controlled Property of Marijuana

HAZMAT ☐

## DEFENDANT INFORMATION

Phone: (402) 840-8053
Last Name: Connell
First Name: Shaunti
M.I.: M
Street Address: 101 South Buffalo St
City: Western
State: NE
Zip Code: 68464
Date of Birth: 04-23-1983
Drivers License No.: H13538593
CDL ☐
D.L. State: NE
Social Security No.: 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
☒ Adult ☐ Juvenile
Sex: ☐ Male ☒ Female
Hair: BRO
Eyes: BLU
Height: 5'7
Weight: 285

**VEHICLE** VIN: 5N1AA08079N608022 CMV ☐
Tag No.: WAK793
State: NE
Year: 09
Make/Model: Nissan
PASS ☐
Color: SLV

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$500 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $530 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/06/2019   Officer's Signature: X [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/25/2019 14:15